966 A.2d 545

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Edgar GARCIA, Petitioner.**

**No. 173 EM 2008.**

Supreme Court of Pennsylvania.

Jan. 29, 2009.

*ORDER*

PER CURIAM.

**AND NOW,** this 29th day of January, 2009, the "Petition to Allow *Nunc Pro Tunc* Filing of a Petition for Allowance of Appeal from the Superior to the Supreme Court" is **GRANTED.** Counsel is directed to file a Petition for Allowance of Appeal within 15 days of the entry of our order.

966 A.2d 545

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Shawn TOMLIN, Petitioner.**

**No. 162 EM 2008.**

Supreme Court of Pennsylvania.

Jan. 29, 2009.

*ORDER*

PER CURIAM.

**AND NOW,** this 29th day of January, 2009, the Application for Leave to File a Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED.**